# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CV63 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| $16,490.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court *sua sponte.* On March 20, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting.  **See** Filing No. 11.  No such report has been filed.  Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before May 14, 2007 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 2nd day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge