IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 MAY 16 AM 11: 56

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:07CV63 |
| v. | ) | |
| | ) | CONSENT TO EXERCISE OF |
| $16,490.00 IN UNITED STATES | ) | JURISDICTION BY A UNITED |
| CURRENCY, | ) | STATES MAGISTRATE JUDGE |
| | ) | AND ORDER OF REFERENCE |
| Defendant. | ) | |

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeal for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] For | Stephen Gheberger | 5/11/07 |
| [signature] For | United States | 5/14/07 |
| _____ For | _____ | _____ |
| _____ For | _____ | _____ |

ORDER OF REFERENCE

F.A. Gossett

IT IS HEREBY ORDERED that this case be referred to the Honorable ~~Thomas D. Thalken~~, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the foregoing consent of the parties.

5/15/07
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.