IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                     Plaintiff,          )<br>                                                          )<br>         vs.                                           )<br>                                                          )<br>$16,490 IN UNITED STATES       )<br>CURRENCY,                                 )<br>                                                          )<br>                     Defendant.       )<br>                                                          )<br>Stephen Linebarger, Claimant.  ) | Case No. 8:07cv63<br><br><br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Nancy Svoboda, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **April 18, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The non-jury trial set for March 26, 2008, is cancelled upon the representation that this case is settled.

Dated this 19th day of March 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge