FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

APR 18 2008

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:07CV63 |
| ) | |
| $16,490.00, IN UNITED STATES ) | **ORDER** |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 18TH day of April, 2008, this matter comes on before the Court upon the parties' Stipulation for Dismissal (Filing No. 32). The Court reviews the file and the Stipulation, and, being duly advised in the premises, finds as follows:

1. The parties have agreed the Defendant property should be returned to the Claimant through the trust account of his attorney, Michael J. Poepsel. The parties have also agreed the money will be returned without interest. Further, the parties have agreed the Claimant will not seek reimbursement of the attorney's fees he incurred in relation to this case.

2. Upon Mr. Poepsel's receipt of the funds, he shall file a Receipt so indicating. This case will then be dismissed.

3. The parties' Stipulation for Dismissal should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation for Dismissal is hereby approved.

B. The U.S. Marshals Service will return the Defendant property to the Claimant, Stephen

Linebarger, by delivering same to the Michael J. Poepsel Trust Account. The payment will be made without interest.

    C. Upon Mr. Poepsel's filing of a Receipt of the funds, this case will be dismissed.

BY THE COURT:

~~THOMAS D. THALKEN~~ F.A. Gossett
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

Nancy A. Svoboda  (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$16,490.00 IN UNITED STATES
CURRENCY, Defendant, and
STEPHEN LINEBARGER, Claimant

By: _____
MICHAEL J. POEPSEL (#17601)
Attorney at Law
1905 Harney Street
Omaha, NE  68106
(402) 346-2283

2