# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:07CV63** |
| **$16,490.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **STEPHEN LINEBARGER,** | ) | |
| | ) | |
| **Claimant.** | ) | |

In accordance with the parties' Stipulation [32] and the receipt [35] filed by Claimant's counsel,

**IT IS ORDERED** that this case is now dismissed.

**DATED April 29, 2008.**

                                                    **BY THE COURT:**

                                                    **s/ F.A. Gossett**
                                                    **United States Magistrate Judge**